UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINCENT MACALUSO, JR.,

                Plaintiff,

      -against-

MICHAEL SPOSATO, Sheriff of Nassau County
Correctional Center, Individually and in his/their
official capacity, NASSAU COUNTY, State of New
York, OFFICER REID, Nassau County Correctional
Officer of Unit (E2-D46), CORPORAL ROBINSON,
Nassau County Correctional Officer of Unit (E2-D46),
ARMOR CORRECTIONAL HEALTH SERVICES,
INC., NASSAU UNIVERSITY MEDICAL CENTER,
Emergency Room/Administrative Office, RICARDO
MARSDEN, Inmate, assaultant [sic],

                Defendants.
------------------------------------------------------------X

ORDER
13-CV-6206(SJF)(WDW)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ MAY 27 2014 ★

LONG ISLAND OFFICE

FEUERSTEIN, J.

By Order dated April 8, 2014, the undersigned granted the application by incarcerated *pro se* plaintiff Vincent Macaluso, Jr. ("plaintiff") to file his complaint *in forma pauperis* and dismissed the complaint with prejudice unless plaintiff filed an amended complaint within thirty (30) days. To date, plaintiff has not filed an amended complaint nor has he otherwise communicated with the Court.

Accordingly, plaintiff's complaint is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is directed to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose

of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

**SO ORDERED.**

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein
United States District Judge

Dated: May 27, 2014
　　　　Central Islip, New York