UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VINCENT MACALUSO, JR.,

                Plaintiff,

  - against -

MICHAEL SPOSATO, Sheriff of Nassau County Correctional Center, Individually and in his/ their official capacity, NASSAU COUNTY, State of New York, OFFICER REID, Nassau County Correctional Officer of Unit (E2-D46), CORPORAL ROBINSON, Nassau County Correctional Officer of Unit (E2-D46), ARMOR CORRECTIONAL HEALTH SERVICES INC., NASSAU UNIVERSITY MEDICAL CENTER, Emergency Room/ Administrative Office, RICARDO MARSDEN, Inmate, assaultant [sic],

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
CV-13-6206 (SJF)(WDW)

**FILED**
**CLERK**
5/28/2014 3:30 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 27, 2014, dismissing plaintiff's complaint with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, directing the Clerk of Court to close this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that plaintiff's complaint is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated:  Central Islip, New York
         May 28, 2014

                                                                   DOUGLAS C. PALMER
                                                                   CLERK OF THE COURT

                                              By:    /s / Catherine Vukovich
                                                          Deputy Clerk